**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JUN 26 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| PETER STROJNIK, Sr., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> FOUR SISTERS INNS, INC., DBA Channel Road Inn, <br><br> Defendant-Appellee. | No. 19-56523 <br><br> D.C. No. 2:19-cv-02991-ODW-JEM <br> Central District of California, Los Angeles <br><br> ORDER |

Before: GRABER, WARDLAW, and R. NELSON, Circuit Judges.

A review of the record and the opening brief indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982) (stating standard). Accordingly, we grant appellee's motion for summary affirmance (Docket Entry No. 7).

**AFFIRMED.**

KWH19-/MOATT