|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | NOV 3 2020 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

PETER STROJNIK, Sr.,

    Plaintiff-Appellant,

 v.

FOUR SISTERS INNS, INC., DBA Channel Road Inn,

    Defendant-Appellee.

No. 19-56523

D.C. No. 2:19-cv-02991-ODW-JEM
Central District of California, Los Angeles

ORDER

Before: GRABER, WARDLAW, and R. NELSON, Circuit Judges.

    Appellee's motions for attorney fees (Docket Entry Nos. 11 and 12) are denied.

KWH19-19/MOATT